United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

**17 CV 1495 (LDW) (GRB)**

indicated that this case is related to the following cases:

**16 CV 1955 (SJF) (AYS)**

**16 CV 3544 (SJF) (AYS)**

**17 CV 0453 (SJF) (AYS)**