NEIL H. GREENBERG & ASSOCIATES, P.C.
Justin M. Reilly, Esq.
Attorneys for Plaintiffs
4242 Merrick Road
Massapequa, New York 11758
Telephone (516) 228-5100
Facsimile (516) 228-5106

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KIM GREENGUS and TODD GREENGUS,
Individually, and as parents and natural guardians                    Docket No.:
of infant, RG,                                                        16-CV-01955 (AYS)

                Plaintiff,

                                                            **COMPROMISE ORDER**

   -against-

LONG BEACH PUBLIC SCHOOLS, LISA
WEITZMAN, JEAN MARIE LILLEY, LAUREN
SCHNEIDER, SABRINA CANTORE, VINCENT
RUSSO, DR. RANDIE BERGER, DR. MICHELLE
NATALI, DAVID WEISS, In their individual and
Official capacities and JOHN AND JANE DOE'S 1-100,
Whose Identities are unknown at present,

                Defendants.
-----------------------------------------------------------------------X

        Upon reading and filing the joint Affidavit of Kim Greengus and Todd Greengus, the parents and legal guardians of the person and property of Robert Greengus, duly sworn to on March 28 and 29, 2022, the Affirmation of Justin M. Reilly, Esq., duly affirmed on March 29, 2022, the exhibits annexed thereto, and upon all of the pleadings and proceedings heretofore had herein, and it appearing that the within action has been settled by Plaintiffs and all the Defendants in the total amount of Two Million Four Hundred Thousand Dollars ($2,400,000.00), and it appearing that the total settlement will be distributed as follows:

|   |   |   |
|---|---|---|
| a) | Gross Settlement: | $2,400,000.00 |
| b) | Disbursements/Expenses: | $34,430.82 **(WAIVED)** |
| c) | Net Settlement: | $2,400,000.00 |
| d) | Attorney Fee: | $800,000.00 |
| e) | Net to client: | $1,600,000.00 |

It appearing that the best interests of the Plaintiffs will be served by compromising the action;

NOW, on the motion of Neil H. Greenberg & Associates, P.C., attorneys for the Plaintiffs herein, it is hereby,

ORDERED that Kim and Todd Greengus, as parents and legal guardians of the person and property of Robert Greengus (age 20, born in 2001), is authorized, empowered and directed to compromise and settle the causes of action of the Plaintiffs arising from abuse suffered by Robert Greengus while a student at the Long Beach Middle School in the sum of Two Million Four Hundred Thousand Dollars ($2,400,000.00); and it is further

ORDERED that the total settlement of Two Million Four Hundred Thousand Dollars ($2,400,000.00) be paid by NY Schools Reciprocal Insurance in the name of the Defendants, Long Beach Public Schools, Lisa Weitzman, Jean Marie Lilley, Lauren Schneider, Sabrina Cantore, Vincent Russo, Dr. Randie Berger, Dr. Michele Natali, and David Weiss, in their individual and official capacities, and it is further

ORDERED that the settlement proceeds be distributed as follows:

a) $1,600,000.00 made payable to Robert Greengus Supplemental Needs Trust; and

b) $800,000.00 made payable to Neil H. Greenberg & Associates, P.C.

ORDERED that upon compliance with the terms of this Order, Kim and Todd Greengus, as parents and legal guardians of the person and property of Robert Greengus, be and hereby are authorized to deliver a release and any and all papers necessary to effectuate such settlement and

collect such monies herein, and Plaintiffs' attorney is hereby authorized to deliver a Stipulation of Dismissal of this action to Defendants.

Dated: Central Islip, New York
_____, 2022

                        E N T E R

                        _____
                        Anne Y. Shields, United States Magistrate Judge