## Surrogate's Court of the County of Nassau

On the Date Written Below LETTERS OF GUARDIANSHIP were granted by the Surrogate's Court of Nassau County, New York as follows:

| | | |
|---|---|---|
| Name of Ward: | **Robert Thomas Greengus** | File #: **2021-3588** |
| Type of Letters Issued: | **LETTERS OF GUARDIANSHIP (PERSON & PROPERTY) 17A** | |
| Residence of Ward: | Nassau County | Date of Birth 10-31-2001 |
| Guardians Appointed: | **Todd Greengus**<br>47 Boyd Street<br>Long Beach NY 11561 | **Kim Greengus**<br>47 Boyd Street<br>Long Beach NY 11561 |

**Limitations:** The Said Guardians and Standby Guardian are hereby restrained from collecting or disposing of any property of said respondent without further order of this Court.

Pursuant to SCPA §1750-b, the guardians are authorized and empowered to make all health care decisions with respect to the medical and dental needs of the ward and to render consent to any medical procedures which are necessary to the health and welfare of the ward unless the Court directs otherwise.

THESE LETTERS, granted pursuant to a decree entered herein on this date, authorize and empower the guardian(s) above named to perform all acts requisite to the proper administration and disposition of the person, property, or person & property, (as stated above) of the ward in accordance with the decree and the laws of New York State, subject to the limitations, if any, as set forth above.

Dated: March 9, 2022

IN TESTIMONY WHEREOF, the seal of the Nassau County Surrogate's Court has been affixed.

WITNESS, Hon Margaret C. Reilly, Judge of the Nassau County Surrogate's Court

_____
Debra Keller Leimbach, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Nassau County Surrogate's Court*

FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

C20 (Rev. 1/07)

# Surrogate's Court of the State of New York
## Nassau County

File#: 2021-3588

### Certificate of Appointment of Guardians

IT IS HEREBY CERTIFIED that Letters in the Matter of the Ward named below have been granted by this Court, and such Letters are unrevoked, are valid and are in full force as of this date.

**Name of Ward:** Robert Thomas Greengus

**Date of Birth:** October 31, 2001

**Residence of Ward:** Nassau County

**Guardian To Whom Letters Were Issued:**
Todd Greengus
47 Boyd Street
Long Beach  NY 11561

Kim Greengus
47 Boyd Street
Long Beach  NY 11561

**Letters Issued:** LETTERS OF GUARDIANSHIP (PERSON & PROPERTY) 17A

**Letters Issued On:** March 9, 2022

**Limitations:** The Said Guardians and Standby Guardian are hereby restrained from collecting or disposing of any property of said respondent without further order of this Court.

Pursuant to SCPA §1750-b, the guardians are authorized and empowered to make all health care decisions with respect to the medical and dental needs of the ward and to render consent to any medical procedures which are necessary to the health and welfare of the ward unless the Court directs otherwise.

Dated: March 29, 2022
Mineola, New York

IN TESTIMONY WHEREOF, the seal of the Nassau County Surrogate's Court has been affixed.

WITNESS, Honorable Margaret C. Reilly, Judge of the Nassau County Surrogate's Court.

*Debra Keller Leimbach*

Debra Keller Leimbach, Chief Clerk
Nassau County Surrogate's Court

This Certificate is Not Valid Without the Raised Seal of the Nassau County Surrogate's Court and expires 6 months from the issue date of this certificate, unless otherwise stated above.

At a Surrogate's Court of the State of New York held in and for the County of Nassau at Mineola, New York.

PRESENT: Hon. Margaret C. Reilly, Surrogate

In the Matter of the Guardianship of
**Robert Thomas Greengus**

Pursuant to SCPA Article 17A

Ward.

**DECREE APPOINTING GUARDIAN PERSON AND PROPERTY**
Person With Developmental Disability
File No. 2021-3588

A verified petition having been filed by Todd Greengus and Kim Greengus praying for a decree appointing guardians of the person and property of the Person with Developmental Disability, and the Court having been satisfied that sufficient medical certifications have been provided and that such condition is permanent in nature or likely to continue indefinitely, and it appearing that jurisdiction having been obtained over all necessary parties, and the Court being satisfied that the interests of the respondent will be promoted by the appointment of guardians and that the proposed guardians are in all respects competent to act, it is hereby

ORDERED AND DECREED, that Todd Greengus and Kim Greengus be and are appointed guardians of the person and property of Robert Thomas Greengus, a Person with Developmental Disability, and it is further

ORDERED AND DECREED, that Thomas Greengus is appointed Standby Guardian for the Person with Developmental Disability subject to the confirmation by the Court pursuant to SCPA 1757; and it is further

ORDERED AND DECREED, that pursuant to SCPA 1750-b, the guardians are authorized and empowered to make all health care decisions on behalf of the Person with Developmental Disability and to render consent to any medical procedures which are necessary to the health and welfare of the Person with Developmental Disability; and it is further

ORDERED AND DECREED that in the event that a decision is made by the guardians under SCPA 1750-b to withhold or withdraw life-sustaining treatment for the Person with Developmental Disability, the attending physician as defined in SCPA 1750-b shall immediately comply with the provisions enumerated in SCPA 1750-b, and it is further

ORDERED AND DECREED, that Letters of Guardianship of the person and property be issued to Todd Greengus and Kim Greengus upon properly qualifying for such office and pursuant to SCPA §1719 the guardians shall file with the Court all annual accounts as required by law; and it is further

Control# 38596
File Name: Robert Thomas Greengus
File# 2021-3588

## Certification of Copy of Document Filed with the Court

### SURROGATE'S COURT OF THE STATE OF NEW YORK
### NASSAU COUNTY

I, Debra Keller Leimbach, Chief Clerk, of the Nassau County Surrogate's Court, a Court of Record, in the Unified Court System of the State of New York, hereby certify that the copy of the following document:

**DECREE GRANTING GUARDIANSHIP 17-A PERSON & PROPERTY, DATED MARCH 9, 2022**

is a true copy of the original document filed with or recorded in this Court and is a part of the case record maintained by the Court, the same being either a:

(1) photographic reproduction of the original document reproduced on an office copier,
(2) printed copy of the electronically scanned document stored in the court's computer system, or
(3) printed reproduction of original document photocopied on microfilm.

In addition, I certify that the attached document is a correct transcript of the entire contents of the original document that was so filed or recorded.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the Nassau Surrogate's Court on March 29, 2022.

Debra Keller Leimbach, Chief Clerk

(Facsimile signature may be used pursuant to Section 2609 of the Surrogate's Court Procedure Act)