| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ENTRY |
| BEFORE: ANNE Y. SHIELDS<br>           U.S. MAGISTRATE JUDGE | DATE: 4/6/2022<br>TIME: 10:30 AM<br>FTR: 10:38-10:42 |

CASE:  **CV 16-1955 (AYS) (AYS)** Greengus, et al v. Long Beach Public Schools, et al

TYPE OF CONFERENCE: MOTION

APPEARANCES:    Plaintiff     <u>Justin Reilly</u>

                Defendant    Gerald Smith

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐    Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

X    Other: Conference held.

                              SO ORDERED

                              /s/ Anne Y. Shields
                              ANNE Y. SHIELDS
                              United States Magistrate Judge